**Shannon BREWER, Plaintiff-Appellant,**

v.

**Nancy A. BERRYHILL, Acting Commissioner Social Security, Defendant-Appellee.**

**No. 16-35652**

United States Court of Appeals, Ninth Circuit.

Filed November 09, 2017

Amy Gilbrough, Attorney, Dougals, Drachler & McKee, Seattle, WA, for Plaintiff-Appellant

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Kerry Keefe, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, Michael Reid Tunick, Assistant Regional Counsel, SSA—Social Security Administration, Office of the General Counsel, Seattle, WA, for Defendant-Appellee

Before: THOMAS, Chief Judge, and TROTT and SILVERMAN, Circuit Judges

ORDER

Plaintiff-Appellant's unopposed motion to remand for consideration of new evidence [Doc. # 31] is GRANTED. This appeal is REMANDED for further administrative proceedings.